

## Taking Care of Yourself and Your Loved Ones: COVID-19

With everything you see and hear on the news and social media, it can be overwhelming to keep up with recommendations regarding Covid-19 (Coronavirus). Here are a few key points that you may find helpful from the Centers for Disease Control and Prevention (2020).

## Prevention

- Wash your hands with soap and water, or 60% alcohol-based hand sanitizer, for at least 20 seconds.
- Avoid touching your eyes, nose and mouth.
- Cover your cough or sneeze with a tissue, then throw it in the trash
- Stay home when you are sick, except to get medical care (Call ahead)
- Avoid contact with others that are sick
- Social Distancing – Many states are implementing mandates on differing levels to prevent individuals from meeting in large groups and encouraging people to stay home currently.

## Symptoms

The symptoms of the virus are like many other common illnesses:

- Fever
- Cough
- Shortness of breath

## It is always important that you take care of both your physical and mental health.

If you experience these symptoms DO NOT PANIC. Call your primary care doctor. Emergency Rooms and physician's Offices are asking patients to call ahead if they are concerned. When you are not feeling well, please stay home, rest, and stay hydrated!

For a reputable source of up-to-date information, please visit www.cdc.gov/COVID19 or www.mas.gov

> In the rare instance that you do develop any of the above symptoms within 14 days after discharge please call (978) 615-5200 Extension 105 and leave a confidential voicemail for Dani Dern, the Director of Quality and Risk.

```
-----------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
STATUS: COMPLETED
-----------------------------------------------------------------
NOTE DATED: 11/25/2025 09:13
LOCAL TITLE: DISCHARGE MEDICATION RECONCILIATION
ADMITTED: 11/18/2025 15:58  4 SOUTH
Discharge Medication Reconciliation Report
Nov 25, 2025@09:13:03


PATIENT: THELUS,JUNIE
MRN:
DOB: Sep 08, 1983
FEMALE
Reported Allergies:   Patient has answered No Known Allergies


This is a list of medications and their actions according to your latest visit.
If this list is inaccurate, please let your provider know.

***NEW meds that were prescribed:

PALIPERIDONE 3MG TAB SA:
 TAKE 1 TABLET BY MOUTH AT BEDTIME
mood, psychosis
Indication: Schizoaffective disorder, depressive type (disorder) [231492002]

HYDROXYZINE PAMOATE 50MG CAP:
 TAKE 1 CAPSULE BY MOUTH EVERY 4 HOURS AS NEEDED
MODERATE TO SEVERE ANXIETY
Indication: Generalized anxiety disorder (disorder)

The following meds were changed:


Date Finalized: 11/25/25@09:13 by APPIAH,DANIEL(NURSE PRACTITIONER)

                        Signed by: /es/ USER,MEDREC
                                   11/25/2025 09:13
```