**Gregory Morrison** <Gmorrison@cumberlandcounty.org>  8:42 PM (17 minutes ago)
to me, Katie, professionalvisits

We no longer hold any immigration detainees. They have been released to immigration.

